RECEIVED
IN LAKE CHARLES, LA

MAR 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BAAL LAND CORPORATION, ET AL. | : | DOCKET NO. 05-0382 |
| VS. | : | JUDGE TRIMBLE |
| JOSHUA TIMBERLANDS, L.L.C. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF REMAND

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiffs' motion to remand [doc. # 33] be, and it is hereby GRANTED. The cause is remanded to the 31st Judicial District Court for the Parish of Jefferson Davis, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 31st Judicial District Court for the Parish of Jefferson Davis, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of March, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE